**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**CHUKS IBEKWE and
LINDA MONTGOMERY,**

    **Plaintiffs,**

v.                                                   **Case No. 8:12-cv-2355-T-30MAP**

**LIBERTY MUTUAL FIRE INSURANCE
COMPANY,**

    **Defendant.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Defendant's Motion for Summary Judgment (Dkt. 13). The Court, upon consideration of the motion, and being otherwise advised of the premises, concludes that the motion should be denied.

In this insurance case, Defendant moves for summary judgment on its counterclaim that requests the Court to interpret the meaning of the term "structural damage" as it is used in the insurance policy. <u>This</u> Court has addressed this same issue in three previous cases. *See Zawadzki v. Liberty Mut. Fire Ins. Co.*, 2012 WL 3656456 (M.D. Fla. Aug. 23, 2012); *Garcia v. First Liberty Ins. Corp.*, 2012 WL 5328660 (M.D. Fla. Oct. 29, 2012); *Leon v. First Liberty Ins. Corp.*, 2012 WL 5417294 (M.D. Fla. Nov. 6, 2012). Notably, Defendant's counsel in this case also represented the defendants in *Zawadzki*, *Garcia*, and *Leon*, and the motions for summary judgment filed in each case, including the instant case, are nearly identical.

Accordingly, although the instant motion was recently filed, the Court need not wait to review Plaintiffs' response because it will not impact the Court's holding, which will not depart from the Court's three prior holdings. Simply put, for all the reasons discussed in *Zawadzki*, Defendant's motion is denied. *See* 2012 WL 3656456, at \*\*1-7.

It is therefore ORDERED AND ADJUDGED that:

1. Defendant's Motion for Summary Judgment (Dkt. 13) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on December 21, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2012\12-cv-2355.denysumjudg.frm